UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RENARD T. POLK,<br><br>                    Petitioner,<br><br>    v.<br><br>JOHN HENLEY, *et al.*,<br><br>                    Respondents. | Case No. 3:25-cv-00601-ART-CLB<br><br>ORDER |

       Renard T. Polk, an individual incarcerated at the Northern Nevada Correctional Center, initiated this habeas corpus action, *pro se*, on October 23, 2025, by submitting for filing a petition for writ of habeas corpus. (ECF No. 1-1.) The petition has not been filed because Polk has not paid the $5 filing fee for this action and has not filed an application to proceed *in forma pauperis*.

       It is therefore ordered that Petitioner will have 30 days following the entry of this order to pay the $5 filing fee or file an application to proceed *in forma pauperis*. If Petitioner does not pay the filing fee or file an *in forma pauperis* application in the time allowed, this action may be dismissed.

       DATED THIS 28th day of October, 2025.

                                             ANNE R. TRAUM
                                             UNITED STATES DISTRICT JUDGE