UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RENARD T. POLK,<br><br>                      Petitioner,<br><br>   v.<br><br>JOHN HENLEY, *et al.*,<br><br>                      Respondents. | Case No. 3:25-cv-00601-ART-CLB<br><br>ORDER |

Renard T. Polk, an individual incarcerated at the Northern Nevada Correctional Center, initiated this habeas corpus action, *pro se*, on October 23, 2025, by submitting for filing a petition for writ of habeas corpus. (ECF No. 1-1.) When he initiated the action, Polk did not pay the $5 filing fee or file an application to proceed *in forma pauperis*. So, on October 28, the Court ordered that Polk had 30 days—until November 28—to do one or the other, and the Court stated in that order that if Polk did not pay the filing fee or file an *in forma pauperis* application in the time allowed, this action may be dismissed. Polk did not comply with the October 28 order.

It is therefore ordered that this action is dismissed without prejudice. The petitioner is denied a certificate of appealability. The Clerk of the Court is directed to enter judgment accordingly.

DATED THIS 10th day of December, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE